**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
----------------------------------------x
UNITED STATES OF AMERICA,

                                       Criminal No. 21-877

        -v-                    **SENTENCING SUBMISSION NOTICE**
                                       **OF THE DEFENDANT**

THOMAS FARESE,

                Defendant.
----------------------------------------x

    Please be advised that, on this date, the Defendant, Thomas Farese submitted sentencing materials to the Court in connection with this case.

Dated:  Port Washington, New York
          May 13, 2025

                                        Yours, etc.,

                                            /JRF/
                                _____
                                JAMES R. FROCCARO, JR.
                                20 Vanderventer Avenue, Suite 103W
                                Port Washington, NY 11050
                                (516) 944-5062 (phone)
                                (516) 944-5066 (fax)
                                JRFESQ61@aol.com (e-mail)