UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

No. 21CR00877-1 (ME Farbiarz)

UNITED STATES OF AMERICA,
    Plaintiff,

THOMAS FARESE,
    Defendant,
_____/

NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Notice is hereby given that Thomas Farese, pro se, appeals to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court, District of New Jersey, entered on September 9, 2025 [DE-196] sentencing Defendant Appellant to a term of imprisonment.

**NOTICE OF HEARING IMPAIRED**

Defendant Thomas Farese, Pro Se, hereby notices all parties and the Court, that Farese is hearing impaired requiring hearing aids for hearing assistance.

Dated: September 22, 2025

                                                Respectfully Submitted,

                                                /s/ Thomas Farese
                                                Thomas Farese, Pro Se
                                                4520 NE 25th Ave
                                                Fort Lauderdale, Florida 33308
                                                Tf511@att.net   Mobile 561-452-0022

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a copy of the forgoing was filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the Courts's electronic filing system. Parties may access this filing through the Court's system.

                                                        Thomas Farese, Pro Se